## United States District Court for the Northern District of Illinois

Case Number: 08cv3146                     Assigned/Issued By: mjc

Judge Name: Manning                        Designated Magistrate Judge: Keys

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350                               Receipt #: 2821106

Date Payment Rec'd: 5/31/08                     Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _____ copies on _6/2/08_ as to _Def_____
                                    (Date)