## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3146         Assigned/Issued By: CEM

Judge Name: Manning           Designated Magistrate Judge: Keys

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____            _____
*(Type of Writ)*                       _____
                                       *(Type of issuance)*

_1_ Original and _0_ copies on _6/20/08_ as to _CITY OF CHICAGO._
                    *(Date)*