IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORDELL SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 3146 |
| vs. ) | |
| ) | Judge Manning |
| CITY OF CHICAGO and THREE UNKNOWN ) | Magistrate Judge Keys |
| POLICE OFFICERS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES TO HIS ATTORNEY RICHARD S. ZACHARY**

NOW comes the plaintiff, by and through his undersigned counsel, and requests the Clerk of Court to refund two (2) filing fees to his attorney Richard S. Zachary, receipt numbers #282110 and 2821101. In support, plaintiff states as follows:

1. On May 31, 2008, plaintiff's attorney Richard Zachary ("Zachary") **erroneously paid a total of three (3) filing fees**, in attempting to file this lawsuit on the plaintiff's behalf.

2. Plaintiff is asking that two of the aforesaid filing fees – receipt nos. #281100 and #2821101 – be refunded to his counsel Zachary.

3. For the filing fee corresponding to receipt #2821100, **the Clerk's Office never received a complaint.** See e-mail of Clerk of Court Nelida Finch attached hereto as Exhibit A.

4. For the second filing fee – corresponding to receipt #2821101 – **Judge Gettleman directed the Clerk of Court to refund this filing fee to plaintiff's attorney Zachary.** See Judge Gettleman's Order attached as Exhibit B.

WHEREFORE, plaintiff requests that the Clerk of Court refund to his attorney, Richard S. Zachary, the two (2) filing fees described above, totaling $ 700.00.

        Respectfully submitted,

        **/s/Richard S. Zachary**
        Attorney for plaintiff

Richard S. Zachary
Attorney for plaintiff
180 North LaSalle, Suite 1925
Chicago, Illinois 60601
(312) 795-9003
Bar No. 6197914

Possible Duplicate Payments by Richard S. Zachary - Search Results - Yahoo! Mail    Page 1 of 1    Page 1 of 1

Case 1:08-cv-03146   Document 7-2   Filed 06/10/2008   Page 1 of 1

---

**Possible Duplicate Payments by Richard S. Zachary**  Monday, June 2, 2008 2:04 PM

From: "Nelida_Finch@ilnd.uscourts.gov" <Nelida_Finch@ilnd.uscourts.gov>
To: richardszachary@yahoo.com
Cc: Cynthia_Mercado@ilnd.uscourts.gov, Donna_Carey@ilnd.uscourts.gov, Emilia_Garcia@ilnd.uscourts.gov, Leticia_Pacheco@ilnd.uscourts.gov, Adam_Avalos@ilnd.uscourts.gov, Ryan_Edward_Murray@ilnd.uscourts.gov

---

Dear Counselor:

Our Internet Payment Report reflects that on 5/31/08 you made three payments for $350.00 through pay.gov.

Receipt no. 2821100:   For this receipt no. we never received a complaint.

Receipt no. 2821101:   For this receipt no. we received a complaint and it was assigned case no. 08cv3150.

Receipt no. 2821106:   For this receipt no. we received a complaint and it was assigned case no. 08cv3146.

You can file a "Request for Refund of Filing Fee", which can be found under the "Other Documents" category for receip no. 2821100. Please e-file the request in case no. 08cv3150 or 08cv3146, include your receipt numbers in the request, and indicate which one is the duplicate payment.

If it was your intention to file only one case, for receipt nos. 2821101 and 2821106 which were assigned cases nos. and a judges, you will need to contact the courtroom deputies of the assigned judges and explain the situation.

In the future, if you don't see that the complaint you e-filed is in case no. 07cv99999 call us before e-filing it again and someone from our office will walk you through the process of re-submitting it.

If you have any questions, please feel free to call the Service Center at 312-435-5691.



EXHIBIT A

Order Form (01/2005)   Case 1:08-cv-03150   Document 6   Filed 06/19/2008   Page 1 of 1   

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3150 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Cordell Simmons   vs   City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [4] to dismiss this case, and for reimbursement of filing fee is GRANTED. This case is dismissed without prejudice due to clerical error, and the clerk is directed to refund the filing fee.

[Docketing to mail notice]

00:07

| | Courtroom Deputy | GDS |
|---|---|---|



EXHIBIT B

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORDELL SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 3146 |
| vs. ) | |
| ) | Judge Manning |
| CITY OF CHICAGO and THREE UNKNOWN ) | Magistrate Judge Keys |
| POLICE OFFICERS, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF FILING

**TO:**  City of Chicago
Office of the City Clerk
121 North LaSalle St., Room 107
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on July 10, 2008, I caused to be filed with the Clerk of Court for the U.S. District Court for the Northern District of Illinois, at 219 South Dearborn St. in Chicago, Illinois, plaintiff's Request for Refund of Filing Fee to His Counsel Richard S. Zachary, a copy of which is herewith served upon you.

**/s/Richard S. Zachary**
Richard S. Zachary
Attorney for Plaintiff
180 North LaSalle, Suite 1925
Chicago, Illinois 60601
(312) 795-9003
Bar No. 6197914

## ATTORNEY'S CERTIFICATE OF SERVICE

The undersigned Attorney certifies that he served this Notice of Filing and any referenced documents upon the Defendant at the above address, by means of the regular U.S. mail on July 10, 2008.

**/s/Richard S. Zachary**