UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   08 C 3146

   CORDELL SIMMONS,  Plaintiff,     Honorable Judge Manning

       v.

   CITY OF CHICAGO et at., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| SIGNATURE | |
|---|---|
| /S/ JOEL G. SANDOVAL | |
| FIRM | City of Chicago, Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290664 | 312.742.5146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES          NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐      NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  X       NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |