IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORDELL SIMMONS, | ) | |
| Plaintiff, | ) | No: 08 CV 3146 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO and THREE | ) | Magistrate Keys |
| UNKNOWN POLICE OFFICERS, | ) | |
| Defendants, | ) | Jury Trial Demanded |

**MOTION TO STAY THE TIME IN WHICH DEFENDANT
CITY OF CHICAGO MAY ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by its attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to stay the time in which the City may answer or otherwise plead to plaintiffs' complaint until the time in which "THREE UNKNOWN POLICE OFFICERS" are named and then required to answer to Plaintiff's anticipated Amended Complaint. In support of this motion, the City states:

1. The undersigned filed his appearance for the City on July 11, 2008.

2. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

3. On July 16, 2008, Defendant City provided certain documents to Plaintiff's counsel to assist him in identifying "THREE UNKNOWN POLICE OFFICERS."

4. On July 16, 2008, the undersigned requested via letter that Plaintiff agree with this motion. *See* Exhibit 1.

5. On July 21, 2008, the undersigned called and left a message for Plaintiff's counsel and again requesting that Plaintiff agree with said motion.

6. As of July 25, 2008, Defendant City has not received any indication as to whether

Plaintiff agrees with this motion or otherwise.

    7.    Granting said motion will not prejudice the Plaintiff.

**WHEREFORE,** Defendant City of Chicago respectfully request that this motion be granted.

        Respectfully submitted,

        /s/   JOEL G. SANDOVAL
        Joel G. Sandoval
        Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 742-5146
(312) 744-6566 (FAX)
Attorney No.: 6290664



**City of Chicago**
**Richard M Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Joel G. Sandoval
Assistant Corporation Counsel
Individual Defense Litigation
30 North LaSalle
Suite 1400
Chicago, Illinois 60602

(312)742-5146
(312)744-6566(FAX)
(312) 744-2963 (TTY)
http://www.ci.chi.il.us

July 16, 2008

Richard S. Zachary
180 N. LaSalle, Suite 1925
Chicago, IL 60601

Via U.S. Mail.

Re: *Cordell Simmons v. City of Chicago.*, 06 C 6157

Dear Counsel:

    I am in receipt of Plaintiffs complaint in the above captioned matter. I have been assigned to represent Defendant City of Chicago. My appearance has been filed and I am prepared to file a motion to stay answering the complaint until all the unknown Defendant Officers have been named. Please let me know whether you would agree to said motion.

    Enclosed is a copy of Plaintiff's arrest report for your review. This should assist you in amending your complaint. If you have any questions or concerns regarding this or any other matters, please feel free to contact me at your convenience.

Regards,

*[signature]*

JOEL G. SANDOVAL
Assistant Corporation Counsel