UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORDELL SIMMONS, | ) | |
| Plaintiff, | ) | No: 08 C 3146 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Keys |
| Defendants, | ) | |

**NOTICE OF MOTION**

To:  Richard S. Zachary
Plaintiffs Attorney
180 N. LaSalle, Suite 1925
Chicago, IL 60601
312.795.9003

**PLEASE TAKE NOTICE** that on Thursday, July 31, at 11:00 am., or as soon thereafter as counsel may be heard, before the Honorable Blanche M. Manning, or whomever shall be sitting in her stead, in Room 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *MOTION TO STAY THE TIME IN WHICH DEFENDANT CITY OF CHICAGO MAY ANSWER OR OTHERWISE PLEAD.*

Respectfully submitted,

/s/  JOEL G. SANDOVAL
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664