UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORDELL SIMMONS, | ) | |
| Plaintiff, | ) | No: 08 C 3146 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Keys |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

To:   Richard S. Zachary
Plaintiffs Attorney
180 N. LaSalle, Suite 1925
Chicago, IL 60601
312.795.9003

   **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *MOTION TO STAY THE TIME IN WHICH DEFENDANT CITY OF CHICAGO MAY ANSWER OR OTHERWISE PLEAD* and *NOTICE OF MOTION* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on July 25, 2008, in accordance with the rules on electronic filing of documents.

                              Respectfully submitted,

                              /s/  **JOEL G. SANDOVAL**
                              JOEL G. SANDOVAL
                              Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664